# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br>Alfredo BERMEJO-Martinez<br><br>*Defendant(s)* | Case No.<br>5:22-MJ-5449 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  2020-2022; February - April 2021  in the county of  Fayette  in the  Eastern  District of  Kentucky , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| § 18 U.S.C. 2251(a) | Production of Sexually Explicit Images of a Minor |
| § 18 U.S.C. 2423(b) | Knowingly traveling in interstate commerce, with a motivating purpose of engaging in any illicit sexual conduct |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent James F. Bugg, which is incorporated and made a part hereof.

☑ Continued on the attached sheet.

/s/ James F. Bugg
*Complainant's signature*

James F. Bugg, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/19/2022

*Judge's signature*

City and state:  Lexington, Kentucky

Matthew A. Stinnett, US Magistrate Judge
*Printed name and title*