# AFFIDAVIT

I, James F. Bugg, a Special Agent (SA) with Homeland Security Investigations (HSI), being duly sworn, depose and state as follows:

## INTRODUCTION

1. I have been employed as a Special Agent of the U.S. Department of Homeland Security, Homeland Security Investigations (HSI) for three years and am currently assigned to the Northern Kentucky office.

2. While employed by HSI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I am responsible for investigations involving the production, importation, receipt and distribution of child pornography that occur in the Eastern District of Kentucky. I have participated – in all aspects – in investigations involving these offenses. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251 and 2423(b), and I am authorized by law to request an arrest warrant. Swearing to this affidavit, I am relying on information provided to me by James Gilbert, who has been a Detective in the Crimes Against Children Unit of the Lexington, Kentucky Police Department since June of 2019.

3. Detective Gilbert has more than twelve (12) years of law enforcement experience. Detective Gilbert has investigated state and federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. Detective Gilbert has written numerous search warrants and affidavits in cases involving crimes against children. Detective Gilbert has received more than 300 hours of training during his career, many of those hours focused on

investigations, with an emphasis on crimes against children, crimes involving the internet, computers, social networking investigations, and cellular phone technologies and data analysis. He has a bachelor's degree in criminal justice from Indiana University-Bloomington.

4. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, the affiant has not included each fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the listed offenses.

5. For the reasons set out below, there is probable cause to believe that **Alfredo BERMEJO-Martinez**, while in Fayette County, Kentucky, in the Eastern District of Kentucky, committed several offenses involving the sexual exploitation of children, including, but not limited to, employing, using, persuading, inducing, enticing, or coercing any minor to engage in, or to have a minor sexually explicit conduct for the purpose of producing any visual depiction of such conduct.

## STATUTORY ATHORITY

6. This investigation concerns alleged violations of 18 U.S.C. §2251(a), 18 U.S.C. §2423(b), and 18 U.S.C. §2252, relating to material involving the sexual exploitation of minors and a person traveling to engage in sexual activity with a minor.

    a. 18 U.S.C. §2251(a) prohibits a person from employing, using, persuading, inducing, enticing, or coercing any minor to engage in, or to have a minor assist any other person to engage in, or to transport any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for purpose of transmitting a live visual depiction of such conduct if such person knowns that such visual

2

depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, or if that visual depiction was produced or transmitted using materials that have been mailed shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

      b. 18 U.S.C. §2423(b) prohibits a person who travels in interstate commerce or travels into the United States, or a United States citizen or an alien admitted for permanent residence in the United States who travels in foreign commerce, with a motivating purpose of engaging in any illicit sexual conduct with another person.

## PROBABLE CAUSE

    7.    The investigation of **Alfredo BERMEJO-Martinez** began because of a harassing communication complaint that was made to the Lexington Police Department on or about May 28, 2022. The parents of Victim 1, DOB: (REDACTED), reported to Lexington Police Department that their daughter had been sending nude images and videos of herself to an adult male. In speaking with Victim 1, she told Detective Gilbert that **Alfredo BERMEJO-Martinez** distributed sexual photographs and videos of her knowing she was under 18. She also stated **Alfredo BERMEJO-Martinez** traveled from his home in New Jersey to Kentucky, where he then subjected Victim 1 to sexual intercourse on two occasions while Victim 1 was under 16 years old, and he was over 21 years old. Victim 1 also alleges that **Alfredo BERMEJO-Martinez** forced her to have sexual intercourse when she was 16. Finally, Victim 1 stated that **Alfredo BERMEJO-Martinez** attempted to extort her by threatening to distribute Victim 1's photographs and videos if Victim 1 didn't continue a relationship with him.

    8.    As part of the investigation, Victim 1 talked with Detective Gilbert and was referred to the Children's Advocacy Center for a forensic interview. During these interviews, Victim 1

3

gave the following information. Victim 1 stated she first met **Alfredo BERMEJO-Martinez** on PUBG Mobile (video game) around late 2018 early 2019, when she was approximately 13 years-old, and later played Call of Duty video game together. Victim 1 stated that, after some time had passed, they moved their communication to Snapchat. In approximately September of 2020, when she was 15 years-old, Victim 1 stated **Alfredo BERMEJO-Martinez** began to ask her to take topless and naked photos of herself and send them to him. Victim 1 stated **Alfredo BERMEJO-Martinez** explicitly asked for those types of pictures over phone or Snapchat and that she took the requested images and sent them over Snapchat. Victim 1 also described **Alfredo BERMEJO-Martinez** asking for videos of her touching or feeling herself. Victim 1 described that there were videos that **Alfredo BERMEJO-Martinez** sent back to Victim 1 of him touching himself.

9. During this time **Alfredo BERMEJO-Martinez** would ask Victim 1 to send more sexually explicit videos or pictures of herself. Victim 1 explained that **Alfredo BERMEJO-Martinez** had an app or another phone where he would record the pictures and videos with and was able to save Victim 1's photos without Victim 1 knowing via Snapchat. Victim 1 was never notified of a screenshot or screen recording and that Victim 1 was mostly in her room when the pictures and videos were sent. Victim 1 described the background would be an animal print blanket but only colors would probably be visible. Victim 1 stated in the beginning Victim 1 attempted to prevent her face from being in the videos, but **Alfredo BERMEJO-Martinez** then specifically asked to see Victim 1's face in the videos and pictures. Victim 1 stated she felt pressured and didn't want to send the videos showing her face and being nude.

10. Victim 1 stated she gave **Alfredo BERMEJO-Martinez** her address which allowed him to find where she lived. Victim 1 agreed to share her location with **Alfredo BERMEJO-Martinez** via Snapchat as well. Victim 1 stated that **Alfredo BERMEJO-Martinez** eventually

traveled via both airplane and car from his home in New Jersey to Lexington to visit her. Victim 1 stated the first visit was around April of 2021, when Victim 1 would have been 15 years old. Victim 1 stated in 2021, **Alfredo BERMEJO-Martinez** visited twice, once in April and once in May or June, and in 2022, he came twice in April. Later, however, Victim 1 stated the first time **Alfredo BERMEJO-Martinez** visited was in February of 2021. Victim 1 stated she was subjected to sexual activity with **Alfredo BERMEJO-Martinez** during each of his visits to Lexington, at times "consensual" and other times via force. Two of **Alfredo BERMEJO-Martinez's** trips to Lexington were at a time when the victim was 15 and BERMEJO-Martinez was 23. Your affiant is aware that, pursuant to K.R.S. §510.060, it is Rape in the 3rd degree for someone over the age of 21 to engage in sexual intercourse with a person less than 16 years of age.

11. A state search warrant was obtained for Airbnb information, which revealed that **Alfredo BERMEJO-Martinez** made four (4) visits to Lexington, KY and stayed during the following dates at the following locations: (2/21/2021-2/24/2021) 416 E Third Street #201, Lexington, KY 40508, (4/25/2021-4/28/2021) 269 American Avenue #C, Lexington, KY 40503, (4/17/2022-4/18/2022) 321 Santa Anita Court, Lexington, KY 40516 (5/1/2022-5/3/2022) 337 South Mill Street #7, Lexington, KY 40508.

12. In April of 2022, Victim 1 ended the relationship with **Alfredo BERMEJO-Martinez,** after she stated she was sexually assaulted by **Alfredo BERMEJO-Martinez**. After the break-up, Victim 1 stated that **Alfredo BERMEJO-Martinez** has been threatening that he will post Victim 1's nude pictures and videos if Victim 1 doesn't continue the relationship.

13. Since their "breakup", Victim 1 stated **Alfredo BERMEJO-Martinez** has been making "fake" Instagram and Facebook accounts, purporting to be her, and trying to talk to her family and friends. **Alfredo BERMEJO-Martinez** also sent some of her pictures to those same

5

people. Victim 1 stated the pictures were of her topless, but **Alfredo BERMEJO-Martinez** would cover her breasts with "stickers". Victim 1 stated **Alfredo BERMEJO-Martinez** offered to sell her pictures to her current boyfriend. Victim 1 stated **Alfredo BERMEJO-Martinez** has been persistent in attempting to contact her friends and family.

14. On June 16, 2022, Detective Gilbert met with Victim 1 and father, K.D., at Lexington Police headquarters. K.D. stated that **Alfredo BERMEJO-Martinez** began sending pictures of Victim 1 to him. K.D. said the pictures weren't nude but that he knew they were preemptive to nude pictures based on how their conversation was going. At this time, Victim 1 disclosed to Detective Gilbert that **Alfredo BERMEJO-Martinez** had sex with Victim 1 on ten separate occasions and on three occasions it was forced.

15. On September 14, 2022, Detective Gilbert with the Lexington Police Department coordinated with the County Sheriff's Department in Passaic, New Jersey to execute a state search warrant for **Alfredo BERMEJO-Martinez**'s residence and vehicle, in Passaic, New Jersey. At approximately 0700 hours the search warrant was executed, and **Alfredo BERMEJO-Martinez** was taken into custody.

16. After a search of **Alfredo BERMEJO-Martinez's** residence and vehicle, the following items were located: 13 various electronic devices including multiple phones, laptops, SD cards, and thumb drives; 2 different plane tickets from Newark to Lexington, and bank statements showing a debit for a flight purchase. All items were collected by Passaic County Sheriff's Detectives and booked into their evidence.

17. On October 4, 2022, **Alfredo BERMEJO-Martinez** was extradited to Lexington, Kentucky from Passaic, New Jersey to face violations of Kentucky law for rape first degree, possess matter sex performance by minor o/12 < 18 first offense (two counts) and use of a minor

(u/16) in a sex performance (five counts). An Immigration and Customs Enforcement (ICE) Detainer was placed on **Alfredo BERMEJO-Martinez** based on his lack of lawful status in the United States.

18. On November 3, 2022, **Alfredo BERMEJO-Martinez** posted a $25,000 full cash bond and was released to his ICE detainer. **Alfredo BERMEJO-Martinez** remains detained in ICE custody while awaiting the outcome of his immigration proceedings.

19. On December 14, 2022, Detective Gilbert reviewed the Snapchat search warrant return from a state search warrant he obtained for **Alfredo BERMEJO-Martinez**'s Snapchat account. In the return information, Detective Gilbert located a suspected CSAM file 'memories~~2022-05-21-03-44-10UTC~zng7779~~~main-9DCA1AF4-CE4D-4DCF-A210-B509B24BFD7F~V4.mp4'. After further reviewing the file, it appears to be a MP4 Video type file which showed to be 26 seconds long. The video, taken via Snapchat, depicts another phone that appears to be an Android operating system. The video starts in the photo gallery application with the suspect opening an album called 'Album' which contained 33 items. Upon opening 'Album' it shows 23 images and 10 videos, all containing images of Victim 1, within the album (not all of which constitute CSAM).

20. Four videos did contain suspected CSAM and were described by Detective Gilbert as follows: The first video, listed as 4 minutes and 39 seconds, shows Victim 1 with hand on her vagina, purportedly masturbating. The second video, listed as 29 seconds, shows Victim 1's vagina with her hand near her stomach appearing to move towards her vagina. The third video, listed as 21 seconds, shows Victim 1 holding the phone in front of a mirror without clothes on. The "play button" and "0:21" tags are obstructing her pubic area however it appears to show her bare vagina. The fourth video, listed as 21 seconds, shows the Victim 1's hand with her middle finger and ring

7

finger penetrating her vagina, purportedly masturbating. The camera is very close to the victim's pubic area.

21. Late in the video, **Alfredo BERMEJO-Martinez** manipulates the phone into showing that it appears to be a Samsung Galaxy model phone. The album configuration is also specific to Samsung model phones. The suspect then scrolls up and down in the gallery showing all the items and selects all items then deletes the items from the album. The phone goes back to the main photo gallery and the video ends.

22. On December 15, 2022, your affiant went to the Computer Forensics Unit at the Lexington Police Department Headquarters to review information located on an iPhone 11 Pro Max recovered at the residential search warrant of **Alfredo BERMEJO-Martinez'**s residence and vehicle, including five identified videos constituting CSAM. All the videos were recorded FaceTime calls between Victim 1 and **Alfredo BERMEJO-Martinez**. These videos are logically on the iPhone in the Private Photo Vault-Pic Safe Application, an application aimed at safeguarding videos and images stored in the application.

23. The first video is listed as 0C7994B4-183C-40EA-AD6C-BF53C55381F9.mov. During the video Victim 1 's face is visible, as well as her vagina, which she can be seen digitally penetrating. An adult male penis is visible masturbating on the other end of the FaceTime call. The video is two minutes and thirty-four (2:34) seconds in length and shows a last accessed date of May 28, 2022.

24. The second video is listed as 447143DB-F9CF-4824-A9BA-37BE4AF7B4E3.mov. During the video Victim 1's face is visible, as well as her vagina, she is masturbating. **Alfredo BERMEJO-Martinez'** face and penis are visible, and he is masturbating on the other end of the

8

FaceTime call. The video is two minutes and fifty-two (2:52) seconds in length and shows a last accessed date of May 28, 2022.

25. The third video is listed as 262D7667-485D-4E7D-9BC4-7E57016C84FA.mov. During the video Victim 1 's face is visible, as well as her vagina, which she can be seen digitally penetrating. An adult male penis is visible masturbating on the other end of the FaceTime call. The video is two minutes and twenty-one (2:21) seconds in length and shows a last accessed date of May 28, 2022.

26. The fourth video is listed as C0B17FB8-9BBA-47A0-A906-339B8702AADC.mov. During the video, part of Victim 1's face is visible, as well as her vagina, she is masturbating. **Alfredo BERMEJO-Martinez'** face and penis are visible, and he is masturbating on the other end of the FaceTime call. The video is five minutes and twenty-eight (5:28) seconds in length and shows a last accessed date of May 28, 2022.

27. The fifth video is listed as DC805E0C-F718-4B9E-9025-BA38BFC7CA12.mov. During the video the Victim 1 shows her vagina on screen, and you can see **Alfredo BERMEJO-Martinez'** face and part of Victim 1's face. The video is one minute nineteen (1:19) seconds in length and shows a last accessed date of May 28, 2022.

28. Detective Gilbert knows that Apple iPhones are not manufactured in the Commonwealth of Kentucky. He also knows that the term "means or facility of interstate commerce" includes the internet or telephones.

## CONCLUSION

29. Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that while in the Eastern District of Kentucky, Fayette County, Kentucky, **Alfredo BERMEJO-Martinez** engaged in the following:

a. On or about a date in 2020 and continuing through 2022, **Alfredo BERMEJO-Martinez** knowingly used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means or facility of interstate commerce, or that visual depiction was produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of 18 U.S.C. §2251(a).

b. Between February and April 2021, **Alfredo BERMEJO-Martinez** did travel in interstate commerce with a motivating purpose of engaging in any illicit sexual conduct with another person in violation of 18 U.S.C. §2423(b).

James F. Bugg
Special Agent
Homeland Security Investigations

Sworn to/attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means this ____ day of December 2022.

Matthew A. Stinnett
United States Magistrate Judge