UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

**CRIMINAL ACTION NO. 23-CR-00020-DCR**

UNITED STATES OF AMERICA                                                                              PLAINTIFF

V.            **MOTION FOR LEAVE TO FILE MEMORANDUM**

ALFREDO BERMEJO-MARTINEZ                                                                   DEFENDANT

\* \* \* \* \*

Comes now the United States, by and through counsel, and hereby moves the court to allow the filing of the attached Memorandum Regarding Unresolved PSR Objections out of time.

As grounds for this motion, the United States asserts that the counsel was out of town on Friday July 14, 2023, the due date for filing, and the deadline was inadvertently missed.

Wherefore, the United States moves the court to allow the filing of its Memorandum Regarding Unresolved Objections.

                                                Respectfully submitted,

                                                CARLTON S. SHIER, IV
                                                UNITED STATES ATTORNEY

                                  By:    /s/ Erin M. Roth
                                           Assistant United States Attorney
                                           Eastern District of Kentucky
                                           260 W. Vine Street, Suite 300
                                           Lexington, Kentucky 40507

859-685-4872  
Erin.Roth@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on July 17, 2023, I electronically filed the foregoing with the clerk of court by using the CM/ECF filing system, which will send an electronic notice to counsel of record.

/s/ Erin M. Roth  
Assistant United States Attorney